ACCEPTED
01-14-00921-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 12:18:10 PM
CHRISTOPHER PRINE
CLERK

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.

*attorneys at law*

The Lyric Centre
Suite 2300
440 Louisiana Street
Houston, Texas 77002

Sarah J. Allen, Associate

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 12:18:10 PM
CHRISTOPHER A. PRINE
Clerk

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

sallen@drhrlaw.com

February 18, 2015

**_Via Electronic Filing_**
Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

      Re:    No. 01-14-00921-CV; *In Re Margaret Doucette, as Representative of the Estate of David Doucette*; In the Court of Appeals for the First Judicial District of Texas at Houston.

The Honorable Clerk of the First Court of Appeals:

This letter is to notify the First Court of Appeals that Relator Margaret Doucette intends to file a reply in this mandamus proceeding pursuant to Texas Rule of Appellate Procedure 52.5.

Very truly yours,

Sarah J. Allen

SJA/kg

cc:   **_Via Hand Delivery_**
      Judge Kyle Carter
      125th Judicial District Court
      Harris County Courthouse
      201 Caroline, 10th Floor
      Houston, Texas 77002

Mr. Christopher A. Prine
Clerk, First Court of Appeals
February 18, 2015
Page 2

*Via Electronic Filing*
J. Hunter Craft, Esquire
Laura Cockrell
Craft Law Firm, P.C.
2727 Allen Parkway, Suite 1150
Houston, Texas 77019

*Via Electronic Filing*
Mr. Peter M. Kelly
Kelly, Durham & Pittard, L.L.P.
1005 Heights Boulevard
Houston, Texas 77008